# IN THE NINTH COURT OF APPEALS

09-18-00143-CR
09-18-00144-CR

Lorine Glenn Holly

v.

The State of Texas

On Appeal from the
128th District Court of Orange County, Texas
Trial Cause Nos. A170511-R and A170514-R

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered these causes on appeal, concludes that the appeals should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeals are dismissed.

Opinion of the Court delivered by Chief Justice Steve McKeithen

May 16, 2018

**APPEALS DISMISSED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court